**Brud ROSSMANN, Appellant**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, et al., Appellees.**

No. 11–5249.

United States Court of Appeals, District of Columbia Circuit.

April 5, 2012.

Brud Rossmann, Cutchogue, NY, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and BROWN and KAVANAUGH, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed August 23, 2011, be affirmed. The district court properly dismissed the complaint as frivolous, pur-

suant to 28 U.S.C. § 1915(e)(2)(B)(i). *See Neitzke v. Williams,* 490 U.S. 319, 327–28, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.